ORIGINAL

386143.2
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JONATHAN W. Y. LAI        6504-0
BRANDON U. DAVIDSON       7107-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
E-mail: jlai@wik.com

Attorneys for Plaintiff
R.R. DONNELLEY & SONS CO.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2007

at 10 o'clock and 70 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| R.R. DONNELLEY & SONS CO., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AD-VENTURES HAWAII, LLC, a Hawaii limited liability company,<br><br>Defendant. | Case No. CV07-00214 HG KSC<br><br>COMPLAINT; SUMMONS IN A CIVIL ACTION |

COMPLAINT

Plaintiff R.R. DONNELLEY & SONS CO. ("Donnelley"), by and through its attorneys, states the following as its Complaint against Defendant AD-VENTURES HAWAII, LLC ("Ad-Ventures Hawaii"):

## PARTIES

1. Donnelley is a Delaware corporation with its principal place of business in Chicago, Illinois.

2. Ad-Ventures Hawaii is a Hawaii limited liability company with its principal place of business in Honolulu, Hawaii and is in the business of publishing telephone directories.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

4. Venue lies in this judicial district pursuant to 28 U.S.C. § 1391(a)(1) and (2).

## COUNT I – BREACH OF CONTRACT

5. On or about October 1, 2005, Donnelley and Ad-Ventures Hawaii entered into an Agreement (the "Agreement"), whereby the parties agreed that Ad-Ventures Hawaii would purchase from Donnelley printing, binding and other related services in connection with the production of telephone directories published by Ad-Ventures Hawaii.

6. At all times relevant, Donnelley performed its obligations under the Agreement, producing and delivering telephone directories to and for Ad-Ventures Hawaii.

7. On or about February 1, 2006, Donnelley issued Invoices 3603013607, 3603013507, 3603013608, and 3603013508 (the "February Invoices") to Ad-Ventures Hawaii in the respective amounts of $9,129.21, $18,500.56, $9,129.21, and $18,500.56, for goods and services it provided to Ad-Ventures Hawaii in connection with the printing of the telephone directories pursuant to the Agreement.

8. On or about April 5, 2006, Donnelley issued Invoices 3603013701, 3603013702, 3603013703, 3603013704 and 3603013705 (the "April Invoices" and together with the February Invoices, the "Unpaid Invoices") to Ad-Ventures Hawaii in the respective amounts of $111,003.36, $176,090.24, $176,090.24, $176,090.24, and $176,090.23, for goods and services it provided to Ad-Ventures Hawaii in connection with the printing of the telephone directories pursuant to the Agreement.

9. To date, Ad-Ventures Hawaii has made payments totaling $58,808.00 for the goods and services identified in the Unpaid Invoices, leaving an unpaid balance of $811,815.85.

10. Despite ordering, accepting and using the telephone directories Donnelley sold it, Ad-Ventures Hawaii breached the Agreement by failing to pay for all but $58,808.00 of the goods and services identified in the Unpaid Invoices.

11. As a direct and proximate result of Ad-Venture Hawaii's breach, Donnelley has been damaged in the principal amount of $811,815.85 and is entitled to a judgment in that principal amount, pursuant to the agreement of the parties.

## COUNT II - ACCOUNT STATED

12. Donnelley repeats and realleges the allegations contained in Paragraphs 1 through 11 above.

13. Ad-Ventures Hawaii has retained the Unpaid Invoices beyond a reasonable time limit without objection, and therefore acquiesced to the correctness of the amounts stated.

14. Ad-Ventures Hawaii's acquiescence constitutes an account stated, and Donnelley is entitled to payment of the outstanding indebtedness owed to it on the Unpaid Invoices, namely $811,815.85, plus applicable interest and the costs of recovery, including attorneys' fees.

15. In light of Ad-Ventures Hawaii's vexatious and unreasonable delay in payment of monies owed, Donnelley is entitled to prejudgment interest.

WHEREFORE, Donnelley prays for the following relief:

A. The Court enter judgment in favor of Donnelley and against Ad-Ventures Hawaii on all Counts of this Complaint;

B. Donnelley be awarded the principal amount of $811,815.85;

   C. Donnelley be awarded prejudgment and post-judgment interest;

   D. Donnelley be awarded its reasonable costs of suit, including attorneys' fees; and

   E. Such other relief as the Court deems appropriate and just under the circumstances.

   DATED: Honolulu, Hawaii, April 24, 2007.

          */s/ [signature]*

          JONATHAN W.Y. LAI
          BRANDON U. DAVIDSON
          Attorneys for Plaintiff
          **R.R. DONNELLEY & SONS CO.**